**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NANCY GUENTHER and DONALD GUENTHER,**

      **Plaintiffs,**

**v.**                                                                                              **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiffs' Motion to Consolidate Cases for Trial (Doc. No. 28), filed September 25, 2012.

On October 12, 2012, the United States Magistrate Judge issued a report (Doc. No. 35) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.    The Motion to Consolidate Cases for Trial (Doc. No. 28) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 29, 2012.

                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party