# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

        **Plaintiffs,**

**v.**         **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

        **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Motion to Seal (Doc. 46) filed by the Defendant, Novartis Pharmaceutical Corporation ("Novartis"). Novartis has filed a *Daubert* motion (Doc. 41) in which it seeks to exclude the testimony of one of the Plaintiffs' experts, Dr. Suzanne Parisian ("Parisian"). Novartis seeks to file certain portions of Parisian's expert report under seal; a redacted version of that report was attached to the *Daubert* motion.

Novartis attaches to the instant motion a copy of a confidentiality order (Doc. 46-1) that purportedly shields portions of Parisian's report from disclosure. However, Novartis never identifies the particular sections of the 100-plus page report that it wishes to seal, and it never explains how any of those sections fall within the boundaries of the confidentiality order. Accordingly, the Court finds that Novartis has failed to satisfy its burden in establishing that portions of Parisian's report should be sealed.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Seal (Doc. 46) filed by the Defendant, Novartis Pharmaceutical Corporation, is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 26, 2012.

  _____
  **GREGORY A. PRESNELL**
  **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties