# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

      **Plaintiffs,**

**v.**                                        **Case No:  6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

      **Defendant.**

## ORDER

This matter comes before the Court sua sponte. In early December 2012, the Court contacted counsel in this case regarding a motion for summary judgment and related documents that had been filed in the MDL case but had never been docketed here. Shortly thereafter, Chambers staff received an e-mail from the Operations Manager in the court handling the MDL case. Attached to the e-mail were 28 pdf files, including what appear to be two motions for summary judgment and related documents. The Operations Manager explained that she was working to finish the parties' "other 200+ designated documents for remand to your court, but it may be several weeks before I can get them copied and sent." However, no additional documents have been received and, more importantly, the parties have not docketed anything related to the motions for summary judgment. The Court has been made to understand that the motions, responses, replies and supporting documents are in final form and ready to be considered, but the Court cannot address them until they have been made a part of the record here. Accordingly, it is hereby

**ORDERED** that on or before Wednesday, February 6, 2013, the parties shall file any motions for summary judgment they wish to have considered in this case, along with all supporting and related documents. If any such motions are filed, it is further

**ORDERED** that the parties shall file any responses to those motions for summary judgment on or before Friday, February 8, 2013, and any replies to those responses on or before Monday, February 11, 2013.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2013.

                                              **GREGORY A. PRESNELL**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties