#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

        **Plaintiffs,**

**v.**                                                        **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

        **Defendant.**

## ORDER

This cause comes before the Court on a *Daubert* Motion to Exclude Certain Testimony of Plaintiffs' Expert Dr. James Vogel (Doc. 43) filed by Defendant Novartis Pharmaceutical Corporation ("NPC") and Plaintiffs' Response in Opposition (Doc. 50). The Court conducted a hearing on the motion on March 8, 2013 in Tampa, FL.

NPC filed a virtually identical motion in *Dopson-Troutt v. Novartis Pharm. Corp.,* No. 8:6-cv-1708-T-24EAJ, at Doc. 71 (M.D. Fla. March 14, 2013), seeking identical relief with respect to Dr. Vogel's testimony. Judge Bucklew issued an Order denying the motion in that case, *Dopson-Troutt*, No. 8:6-cv-1708-T-24EAJ at Doc. 104, because, *inter alia*, the issues were previously addressed by the MDL Court in *In re Aredia & Zometa Prods. Liab. Litig.*, No. 3:06-md-1760, at 3 (M.D. Tenn. Aug. 13, 2009) (MDL Dkt. No. 2811). The Court agrees with, and adopts the reasoning of Judge Bucklew. To the extent that NPC offers arguments challenging Dr. Vogel's testimony as to issues not previously ruled upon by the MDL Court (pretreatment dental

screening, alternative dosing, biological mechanism), the Court shall address those arguments at trial, if necessary.

It is therefore,

**ORDERED** that Defendant's Motion (Doc. 43) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties