# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NANCY GUENTHER and DONALD
GUENTHER,

              **Plaintiffs,**

**v.**                                           **Case No: 6:08-cv-456-Orl-31DAB**

NOVARTIS PHARMACEUTICAL
CORPORATION,

              **Defendant.**
_____

## ORDER

This matter comes before the Court without a hearing on the Defendant's Motion to Exclude Causation Testimony of Plaintiffs' Experts (Doc. 63) and the response (Doc. 68) filed by the Plaintiffs.  Novartis seeks to exclude testimony that may be offered by four treating physicians – Drs. Schaumberg, Atkins, Simon, and Marx – that Zometa caused Nancy Guenther to suffer osteonecrosis of the jaw.  The Court finds that all four of these physicians are well qualified as experts in their respective fields.  But the Court is not in a position to determine their qualifications regarding particular testimony that they may or may not seek to offer at trial.  Accordingly, Defendant's Motion to Exclude Causation Testimony of Plaintiffs' Experts (Doc. 63) is **DENIED WITHOUT PREJUDICE**.

      **DONE** and **ORDERED** in Orlando, Florida on April 8, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties