UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

        **Plaintiffs,**

**v.**                                                  **Case No:  6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

        **Defendant.**

_____/

**ORDER**

This matter comes before the Court on the response (Doc. 123) to this Court's Order to Show Cause (Doc. 119) as to whether the Defendant's recently filed motion for summary judgment (Doc. 116) should be stricken as untimely.  Upon consideration of the response, the Court finds that the motion for summary judgment should be considered.  Accordingly, it is hereby

**ORDERED** that the Order to Show Cause (Doc. 123) is **DISCHARGED**.  And it is further

**ORDERED** that the Plaintiffs shall respond to the motion for summary judgment on or before July 24, 2013, and the Defendant shall file its reply on or before August 2, 2013. The Court will issue a *Milburn* order reflecting these deadlines.

**DONE** and **ORDERED** in Orlando, Florida on July 3, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties