# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

      **Plaintiffs,**

**v.**                                                    **Case No:  6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

      **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Motion for Reconsideration (Doc. 127) filed by the Plaintiffs and the response in opposition (Doc. 131) filed by the Defendant. While the Court notes the imposition upon its time (and that of opposing counsel) caused by the Defendant's presentation of multiple motions for summary judgment, the issue of choice of law (and the applicable statute of limitation) must be resolved.  As resolution of this issue may impact the trial, which is less than two months away, the Court will shorten the response times set forth in the *Milburn* order entered July 3, 2013 (Doc. 125).  The Plaintiff's response to the Motion for Summary Judgment (Doc. 116) shall be filed on or before July 26, 2013.  The Defendant's reply,

which shall not exceed five pages in length, shall be filed on or before August 2, 2013.  The Court will enter an amended *Milburn* order that reflects these new deadlines and page limits.

      **DONE** and **ORDERED** in Orlando, Florida on July 15, 2013.

                                                **GREGORY A. PRESNELL**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties