**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NANCY GUENTHER and DONALD**
**GUENTHER,**

      Plaintiffs,

      v.

**NOVARTIS PHARMACEUTICALS**
**CORPORATION,**

      Defendant.

**Case No.: 6:08-cv-00456-GAP-DAB**

## NOTICE OF OMITTED AUTHORITY

Plaintiffs inadvertently omitted their citation to and attachment of Exhibit 11 from Plaintiffs' Response in Opposition to Defendant's Motion *in Limine* (D.E. # 175). Plaintiffs intended for Exhibit 11 to be cited in Section II(D)(1).

Dated: August 8, 2013

Respectfully submitted,

/s/ Ramon A. Rasco
Ramon A. Rasco, Esq.
**PODHURST ORSECK, P.A.**
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone:  (305) 358-2800
Facsimile:  (305) 358-2382
rrasco@podhurst.com

-and-

John J. Vecchione, Esq.
(admitted *pro hac vice*)
**VALAD & VECCHIONE, PLLC**
3863 Plaza Drive
Fairfax, VA 22030
Telephone: (703) 352-4800
Facsimile:  (703) 352-4820
jvecchione@valadlaw.com

*Attorneys for the Plaintiffs*

### <u>CERTIFICATE OF SERVICE</u>

I herby certify that a true and correct copy of the foregoing was furnished by operation of

the Court's Electronic Case Filing System on counsel of record in case number 6:08-cv-00456-

GAP-DAB, on this 8th day of August, 2013.


/s/ Ramon A. Rasco
Ramon A. Rasco