### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **NANCY GUENTHER, *et al.*,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **No. 6:08-cv-00456-Orl-31DAB** |
| v. ) | |
| ) | |
| **NOVARTIS PHARMACEUTICALS CORP.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION
### TO ADD CERTAIN QUESTIONS TO THE COURT'S JUROR QUESTIONNAIRE

At the July 31, 2013 pretrial conference, the Court gave the parties the juror questionnaire that the Court intends to use for trial in this case and invited the parties to submit additional questions for inclusion in the questionnaire.  Defendant Novartis Pharmaceuticals Corporation hereby requests that the Court add certain questions (attached as Exhibit 1) to the questionnaire.  These proposed questions would:  (a) assist the Court and the parties in selecting fair, impartial jurors by providing information potentially relevant to challenges for cause and peremptory challenges; and (b) improve the voir dire process by efficiently identifying those potential jurors for whom follow-up questioning may be appropriate.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), NPC's counsel conferred with plaintiffs' counsel in a good faith effort to resolve the issues raised herein, but counsel did not reach agreement.

Dated:  August 14, 2013                    Respectfully submitted,

Michael J. Thomas                          /s/ Donald W. Fowler
(mike@penningtonlaw.com)                   Donald W. Fowler (admitted *pro hac vice*)
Florida Bar No. 897760                     (dfowler@hollingsworthllp.com)
  PENNINGTON, P.A.                         Martin C. Calhoun (admitted *pro hac vice*)
  215 South Monroe St., 2nd Floor          (mcalhoun@hollingsworthllp.com)
  Tallahassee, FL 32301                      HOLLINGSWORTH LLP
  (850) 222-3533                             1350 I Street, NW
  (850) 222-2126 (fax)                       Washington, D.C. 20005
                                             (202) 898-5800
                                             (202) 682-1639 (fax)

  *Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of August 2013 served a true and correct copy of the foregoing motion, by operation of the Court's Electronic Case Filing System, on the following:

John J. Vecchione, Esq.
Valad & Vecchione, PLLC
3863 Plaza Drive, Suite 200
Fairfax, VA 22030
(703) 352-4800

Ramon Rasco, Esq.
Podhurst Orseck, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130
(305) 358-2800

John J. Beins, Esq.
Beins, Goldberg & Hennessey LLP
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815
(240) 235-5040

Ranchor Harris, III, Esq.
Constangy, Brooks & Smith, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
(336) 721-1001

/s/ Donald W. Fowler
Donald W. Fowler (admitted *pro hac vice*)
(dfowler@hollingsworthllp.com)
Martin C. Calhoun (admitted *pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendant Novartis*
*Pharmaceuticals Corporation*