# Exhibit 1

Please describe any recent loss, illness, financial setback or any other serious hardship you or your family has suffered, and indicate whether this hardship will affect your jury service. Write "N/A" if none. _____

Please describe any experience you or a family member has had with cancer. Please identify the person, type of cancer, date of diagnosis, treatment provided, and current health condition. Write "N/A" if none. _____

Please describe any experience you have had as a caregiver for someone who was ill or disabled. Write "N/A" if none. _____

Please describe any experience you or a family member has had with serious dental or jaw problems. Write "N/A" if none. _____

Please describe what you have read or heard about the prescription drugs called Aredia® (generic name pamidronate) and Zometa® (generic name zoledronic acid), which may be prescribed to patients with cancer that has spread to bone. If you know someone who may have taken one of these medications, please identify the person and describe his/her experience. Write "N/A" if you have not heard of these medications. _____

Please describe any legal, medical or other experience or training that you might rely upon if asked to serve as a juror in a case involving a prescription medication given to cancer patients. Write "N/A" if none. _____

Please describe any reason you may not be a completely fair and impartial juror in a case brought by an individual against a prescription drug company. Write "N/A" if none. _____