# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NANCY GUENTHER and DONALD
GUENTHER,

     **Plaintiffs,**

**v.**                  **Case No:  6:08-cv-456-Orl-31DAB**

NOVARTIS PHARMACEUTICAL
CORPORATION,

     **Defendant.**

_____

# ORDER

  This matter comes before the Court on the Defendant's objections to the Plaintiffs' use of the discovery deposition of Carsten Goessl[1] rather than his *de bene esse* deposition.  (Doc. 198). The Court has heard the arguments of the parties and reviewed the cases submitted by the Defendant: *Manley v. AmBase Corp.*, 337 F.3d 237 (2d Cir. 2003) and *Griffin v. Foley*, 542 F.2d 209 (7th Cir. 2008).  Unfortunately, those cases were not particularly helpful, as they involved scenarios where both depositions were taken in the same case, rather than, as here, the first being taken in the MDL case and the second being taken in a New Jersey state proceeding.

  However, in both cases the appellate courts noted that Federal Rule of Evidence 32(a), which permits the use of deposition testimony under certain circumstances, makes no distinction between depositions taken for discovery and those taken for use at trial.  And in this case, unlike the situations in *Manley* and *Griffin*, there is no obvious unfairness in allowing the playing or reading of Goessl's discovery deposition rather than his *de bene esse* deposition.  Further, the

_____

[1] Goessl, a former Novartis employee, is not subject to being subpoenaed by this Court.

Plaintiffs would not be short-circuiting a procedure established by this Court if they were to utilize the discovery deposition rather than the New Jersey *de bene esse* deposition.  Accordingly, the Defendant's objection is overruled, and the Plaintiff will be permitted to utilize Goessl's discovery deposition in its case in chief.

     **DONE** and **ORDERED** in Orlando, Florida on September 9, 2013.

                    **GREGORY A. PRESNELL**
             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties