# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

      **Plaintiffs,**

**v.**                                                     **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Plaintiffs' Notice of Filing Supplemental Foundational Designations for Five Diane Young Exhibits (Doc. 223) and the Defendant's response in opposition (Doc. 232). After reviewing the pertinent documents, the Court finds that the Defendant's opposition to the use of these exhibits, which have been admitted in previous cases, is not well-founded. Regardless of the manner in which they were admitted in the *Chiles* case, the Defendants agreed allow them to be treated as if they had been admitted during Young's testimony, and the Court sees no way in which the Defendant will be prejudiced by their admission during Young's testimony in the instant case.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2013.

                                                                       **GREGORY A. PRESNELL**
                                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties

Case 6:08-cv-00456-GAP-DAB Document 254 Filed 09/13/13 Page 2 of 2 PageID 16599