# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

      **Plaintiffs,**

**v.**                                                         **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

      **Defendant.**

## ORDER

The Plaintiffs seek to present testimony given by Diane Young in the *Chiles* case. The Defendant has counter-designated testimony given by Young in two other cases. Upon consideration of the Plaintiff's objections, the Court finds that presenting testimony from these other trials would not provide "completeness" or "fairness" per FRE 106 or Fed.R.Civ.P. 32(a)(6). Accordingly, the Plaintiffs' objection to the use of the counter-designated testimony during the Plaintiffs' case will be upheld.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2013.

*/s/ Gregory A. Presnell*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties