**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**NANCY GUENTHER and DONALD GUENTHER,**
      Plaintiffs,

v.                                              **Case No: 6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**
      Defendant.

---

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR PLAINTIFFS:** | John J. Beins, John J. Vecchione, S. Ranchor Harris, III, and Elizabeth R. Odette |
| **DEPUTY CLERK:** | Lisa Maurey | | |
| **COURT REPORTER:** | Amie First | | |
| **DATE/TIME:** | September 19, 2013 | **COUNSEL FOR DEFENDANT:** | Donald W. Fowler, Martin Calhoun, and Michael J. Thomas |

---

**MINUTES**
**Jury Trial – Day Ten**

| | |
|---|---|
| 8:15 a.m. | Jury continues deliberations. |
| 11:43 a.m. | Convene. Scheduling matters. |
| 11:45 a.m. | Recess. |
| 3:35 p.m. | Reconvene. Jury enters the courtroom. **Verdict**. Court declares the verdict inconsistent. Jury enters the courtroom. Court instructs the jury regarding the inconsistency. Jury returns to the jury room with Amended Verdict Form. |
| 4:02 p.m. | Recess. |
| 4:10 p.m. | Reconvene. **Amended Verdict.** Jury finds in favor of Plaintiff Nancy Guenther and awards damages in the amount of $1,300,000.00. Jury dismissed from service and leaves the courtroom. Miscellaneous matters. |
| 4:18 p.m. | Court adjourned. Trial concluded. |