UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GUENTHER,

Case No. 6:08-CV-456-ORL-31DAB

V.

NOVARTIS,

## ORDER

Payment for the expenses of meals of jurors having been authorized by the Administrative Office of the United States Courts in appropriate cases where the court has ordered that meals be furnished for jurors required to be kept together, it is hereby

**ORDERED:**

The Clerk of the Court shall pay for the meals of __6__ jurors.

**DONE AND ORDERED**

at Orlando, Florida this _24_ day of _Sept_, _2013_.

_____
UNITED STATES DISTRICT COURT