# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NANCY GUENTHER and DONALD GUENTHER,**

       **Plaintiffs,**

**v.**                                                  **Case No:  6:08-cv-456-Orl-31DAB**

**NOVARTIS PHARMACEUTICAL CORPORATION,**

       **Defendant.**

## ORDER

In accordance with the jury's amended verdict (Doc. 282), the Clerk is directed to enter judgment for Plaintiff Nancy Guenther and against Defendant Novartis Pharmaceutical Corporation in the amount of $1,300,000, and to thereafter close the file.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2013.

                                                            GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties